UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T. MURZIKE,
    Plaintiff,

vs.                                                                    Case No.:  4:25cv207-MCR-MAF

NURSE WASHINGTON, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 2, 2025. (ECF No. 7). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

2. The motion to proceed in forma pauperis, ECF No. 3, is **DENIED**.

3. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g) and as malicious pursuant to 28 U.S.C § 1915A.

4.  The Clerk of Court is directed to enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C §§ 1915(g) and 1915A(b)(1)" and close this case.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**